| | | | |
|---|---|---|---|
| Weaver v. Commonwealth of PA | 608 WDA 2016<br>Transfer to<br>Commonwealth<br>Court | 09/29/2016 | No. 610 Civil 2013<br>(Somerset) |
| In the Interest of: R.C. | 2335 EDA 2012<br>Affirmed | 09/30/2016 | CP–51–JV–1000043–<br>2012<br>(Philadelphia) |
| In re M.D.; Appeal of M.D. [32] | 1546 EDA 2014<br>Affirmed | 09/30/2016 | CP–51–JV–0003569–<br>2013<br>(Philadelphia) |
| Com. v. Harris | 1221 EDA 2015<br>Affirmed | 09/30/2016 | CP–51–CR–0006880–<br>2013<br>(Philadelphia) |
| Finch v. American Premier Underwriters Inc | 1416 EDA 2015<br>Vacated and<br>Remanded | 09/30/2016 | No. 02182 August<br>Term, 2013<br>(Philadelphia) |
| Mahoney Realty Group v. Lamm | 2098 EDA 2015<br>Affirmed | 09/30/2016 | August Term, 2010,<br>No. 1551<br>(Philadelphia) |
| Bharardwaj v. Tejale–Bharadwaj | 2147 EDA 2015<br>Affirmed | 09/30/2016 | 14–995<br>(Delaware) |
| Antell v. First Niagara Bank, N.A. | 2273 EDA 2015<br>Affirmed | 09/30/2016 | 2014–30419<br>(Montgomery) |
| Com. v. Walker [33] | 2299 EDA 2015<br>Quashed | 09/30/2016 | CP–09–CR–0000100–<br>2015<br>CP–09–CR–0000101–<br>2015<br>CP–09–CR–0000102–<br>2015<br>CP–09–CR–0000103–<br>2015<br>(Bucks) |
| Com. v. Phillips | 3190 EDA 2015<br>Affirmed | 09/30/2016 | CP–45–CR–0000624–<br>2014<br>(Monroe) |
| Com. v. Oquendo | 3318 EDA 2015<br>Vacated and<br>Remanded | 09/30/2016 | CP–39–CR–0000369–<br>2015<br>(Lehigh) |
| Freedom Mortgage v. Dennis | 3423 EDA 2015<br>Affirmed | 09/30/2016 | 2014–07116<br>(Montgomery) |
| Com. v. Serrano | 3785 EDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 09/30/2016 | CP–45–CR–0001047–<br>2015<br>(Monroe) |
| Com. v. Santana | 3796 EDA 2015<br>Affirmed | 09/30/2016 | CP–39–CR–0000260–<br>2015<br>(Lehigh) |

32. Petition for reargument denied December 2, 2016.
33. Petition for reargument denied December 5, 2016.